IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIV. NO. 2:18-CV-00050-BO

| | |
|---|---|
| ANGELIC HOFLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings so that Plaintiff can obtain a new hearing

1

before a different, properly appointed ALJ. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this _3_ day of September, 2021.

 _/s/ Terrence Boyle_
 TERRENCE W. BOYLE
 UNITED STATES DISTRICT JUDGE