UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| ANGELIC BOULERICE HOFLER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 2:18-CV-50-BO** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings so that Plaintiff can obtain a new hearing before a different, properly appointed ALJ.

**This Judgment Filed and Entered on September 3, 2021, and Copies To:**
| | |
|---|---|
| Joseph Russell Fentress, IV | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

DATE:  
September 3, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk